# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

_Jacksonville_ Division

## CIVIL RIGHTS COMPLAINT FORM

JOSEPH B. CARLTON

2013011405

CASE NUMBER: 3:13-CV-772-J-34 JRK
(To be supplied by Clerk's Office)

(Enter full name of each Plaintiff and prison number, if applicable)

v.

JOHN RUTHERFORD - SHERIFF

JAMES HOLDERFIELD - DIRECTOR OF CORRECTIONS

TARA WILDES - CHIEF OF JAIL

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right). /

FILED

## ANSWER ALL OF THE FOLLOWING QUESTIONS:

I. PLACE OF PRESENT CONFINEMENT: DUVAL COUNTY PRETRIAL DETENTION
(Indicate the name and location)
FACILITY 500 E. ADAMS ST. JACKSONVILLE FLORIDA 32202

II. EXHAUSTION OF ADMINISTRATIVE REMEDIES: Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.

III. PREVIOUS LAWSUITS:

A. Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (X)

B. Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (X)

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

 1. Parties to previous lawsuit:

    Plaintiff(s): _____

    _____

    Defendant(s): _____

    _____

 2. Court (if federal court, name the district; if state court, name the county):

    _____

 3. Docket Number: _____

 4. Name of judge: _____

 5. Briefly describe the facts and basis of the lawsuit: _____

    _____

    _____

 6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

    _____

    _____

 7. Approximate filing date: _____

 8. Approximate disposition date: _____

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so,

identify these suits below by providing the case number, the style, and the disposition of each case: NOT APPLICABLE

IV. **PARTIES:** In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: JOSEPH B. CARLTON 2013011405

   Mailing address: 500 E. ADAMS STREET
   JACKSONVILLE, FLORIDA 32202

B. Additional Plaintiffs: _____

In part C of this section, indicate the **full name** of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: JOHN RUTHERFORD

   Mailing Address: 500 E. ADAMS ST.
   JACKSONVILLE, FLORIDA 32202

   Position: SHERIFF OF JACKSONVILLE

   Employed at: JACKSONVILLE SHERIFF'S OFFICE

D. Defendant: JAMES HOLDERFIELD

   Mailing Address: 500 E. ADAMS STREET
   JACKSONVILLE, FLORIDA 32202

Position: DIRECTOR OF CORRECTIONS

Employed at: JACKSONVILLE SHERIFF'S OFFICE

E. Defendant: TARA WILDES

Mailing Address: 500 E. ADAMS STREET
JACKSONVILLE, FLORIDA 32202

Position: CHIEF OF JAIL

Employed at: JACKSONVILLE SHERIFF'S OFFICE

F. Defendant: _____

Mailing Address: _____

Position: _____

Employed at: _____

G. Defendant: _____

Mailing Address: _____

Position: _____

Employed at: _____

V.   **STATEMENT OF CLAIM**: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. **Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.**

BASIC LAWS PERTAINING TO THE HUMANE TREATMENT OF INMATES HELD IN THE DUVAL COUNTY JAIL HAVE BEEN VIOLATED. INMATE'S TREATMENT IS IN VIOLATION OF THE 8TH AMENDMENT OF THE CONSTITUTION OF THE UNITED STATES.

VI.   **STATEMENT OF FACTS**: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1.   Name and position of person(s) involved.
2.   Date(s).
3.   Place(s).
4.   Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5.   Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant[s]).

ALL THREE DEFENDANTS ARE RESPONSIBLE FOR THE CONDITIONS IN THE JAIL DUE TO THEIR POSITIONS IN OVERSEEING IT. THE DATE IS A CONSTANT AND IS NOT A SET PERIOD BUT ONGOING. THE PLACE IS THE DUVAL COUNTY JAIL IN ITS ENTIRETY. NATURE AND EXTENT OF INJURY IS ALWAYS OCCURING, ALBEIT SLOWLY, TO ALL INMATES HOUSED AT ANY GIVEN TIME. THE ISSUES/EVENTS ARE AS FOLLOWS:
A) SANITATION ISSUES - CLEANING PRODUCTS ARE RARE AND

AND HARD TO OBTAIN. B) 3 MAN ROOMS THAT ARE ILLEGAL IN TERMS OF SQUARE FOOTAGE C) PEST CONTROL ISSUES SUCH AS ROACH AND RODENT INFESTATIONS IN FOOD PREP AREAS D) MANY SECURITY ISSUES INCLUDING BUT NOT LIMITED TO FIGHTS WITH GREAT INJURIES, SLOW OFFICER RESPONSE TIME, OFFICER TO INMATE RATIOS, OFFICERS IGNORING INMATES CALLS BECAUSE OF INTERNET "SURFING" ON FACEBOOK AND YOUTUBE, FARCE WALK THROUGHS AND SO CALLED WELFARE CHECKS E) NO TRUE ACCESS TO LAW LIBRARY AND WHEN PERMITTED NO CURRENT LEGAL INFORMATION - ALL IS OUT OF DATE MATERIALS F) NOT ENOUGH FOOD IS GIVEN TO PROPERLY SUSTAIN AN ADULT AND NUTRITION GUIDELINES ARE NOT FOLLOWED G) MEDICAL CARE IS OFTEN DENIED AND INMATES ARE TOLD TO PURCHASE OVER THE COUNTER GENERIC MEDICATIONS OFF OF THE COMMISSARY NO MATTER IF THE INMATE CAN AFFORD IT OR NOT H) DENTAL TREATMENT IS A JOKE AND ONLY INVOLVES THE PULLING OF TEETH - NOTHING ELSE - AND IT TAKES AN AVERAGE OF 6 WEEKS TO HAVE THAT DONE. I) MENTAL HEALTHCARE IS BASICALLY NON-EXISTANT WITH THE MOST COMMON METHOD OF "TREATMENT" IS TO LOCK THE PERSON ALONE IN A CELL BY THEMSELVES J) REQUIRED RECREATION TIME IS HARDLY EVER FOLLOWED. ✱ SEE CONTINUATION ON AMENDED PAGE ✱

VII. **RELIEF REQUESTED**: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

I AM REQUESTING THAT THE COURT TO ORDER THE

\* AMENDED PAGE / CONTINUATION OF FACTS \*

K) CLOTHING AND LINEN ITEMS GIVEN TO INMATES ARE FILTHY AND LOADED WITH SCUM ON THEM. IT IS CLEAR THAT FABRIC ITEMS ARE NOT PROPERLY LAUNDERED. L) ALL OF THE TOILETS ARE ON A TIMER DESIGNED TO FLUSH ONLY TWICE EVERY TEN MINUTES HOWEVER THE DEVICES THAT LIMIT THE FLUSHES MALFUNCTION QUITE OFTEN — MORE THE RULE THAN THE EXCEPTION — LEAVING WASTE TO STAGNATE FOR LONG PERIODS OF TIME. M) TOILET PAPER IS SCARE AND HARD TO COME BY. PEOPLE OFTEN HAVE TO BEG THE OFFICERS AND THAT RARELY WORKS. INMATES HAVE TO RESORT TO STEALING TO GET TOILET PAPER. N) MAIL, INCLUDING LEGAL MAIL, IS OPENED AND SEARCHED THROUGH WITH SELECT ITEMS OF THE OFFICER'S CHOOSING BEING REMOVED AND THROWN INTO THE TRASH. O) EVEN THOUGH THE JAIL USES ILLEGAL THREE MAN CELLS IT STILL IS OVERCROWDED AND HAS TO RESORT TO "BOAT BEDS" IN THE COMMON AREAS OF THE DORM. THIS LEAVES OPEN THE PRACTICE OF FAVORITISM BY LOCKING DOWN SOME INMATES AND NOT OTHERS.

COUNTY OF DUVAL TO ADDRESS AND FIX STATED ISSUES WITHIN A QUICK TIME TABLE OR FACE FINES AND ALSO TO ALLOW FEDERAL OVERSIGHT FOR A PERIOD OF AT LEAST TWO YEARS TO ENSURE THAT CONDITIONS ARE CORRECTED AND STAY THAT WAY

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this 27TH day of JUNE, 2013.

(Signatures of all Plaintiffs)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☒ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail on: the 28TH day of JUNE, 2013.